

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:20-CR-00001-1-DAD |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| BRYAN LOVELACE, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Melissa Baloian is appointed, in place of the Federal Defenders, to represent the above defendant in this case effective *nunc pro tunc* to January 7, 2020.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __January 13, 2020__        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

-1-