Melissa Baloain, SBN# 232602
Law Office of Melissa Baloian
5424 N. Palm Ave. Suite 106
Fresno, Ca. 93704
Telephone (559) 352-2331
Mbaloian.law@gmail.com

Attorney for Defendant BRYAN LOVELACE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BRYAN LOVELACE,<br><br>　　　　　　　Defendant. | Case No. 1:20-CR-00001 DAD-SKO<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA, FINDINGS & ORDER**<br><br>Date: October 13, 2020<br>Time: 9:00 a.m.<br>Court: Hon. Dale A. Drozd |

**STIPULATION**

The defendant, BRYAN LOVELACE, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Kimberly Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on October 13, 2020, at 9:00 a.m.

2. By this stipulation, the defendant now moves to continue the change of plea hearing until November 2, 2020, and to exclude time between October 13, 2020, and November 2, 2020, under 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv).

3. The parties agree and stipulate, and request the Court find the following:

  a. The defense and the government have been in communication regarding the change of plea. After such communication, the government has provided a new change of plea agreement.

  b. Defense counsel has mailed the new change of plea agreement to the defendant on October 6, 2020. The defendant is in the Fresno County Jail.

  c. The continuance until November 2, 2020, will provide the necessary time for defense counsel and the defendant to review, sign, and mail back the change of plea agreement.

  d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq. within which trial must commence, the time period of October 13, 2020, to November 2, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIUPLATED

Dated: October 8, 2020

/s/ Melissa Baloian

**MELISSA BALOIAN**
Attorney for Defendant

Dated: October 8, 2020

/s/ Kimberly A. Sanchez

**KIMBERLEY A. SANCHEZ**
Assistant United States Attorney

---

**ORDER**

IT IS SO ORDERED.

Dated: __**October 9, 2020**__

UNITED STATES DISTRICT JUDGE