**Melissa Baloain, SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, Ca. 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant BRYAN LOVELACE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> BRYAN LOVELACE, <br><br> Defendant. | Case No. 1:20-CR-00001 DAD-BAM <br><br> **STIPULATION TO CONTINUE CHANGE OF PLEA, FINDINGS & ORDER** <br><br> Date: November 2, 2020 <br> Time: 9:00 a.m. <br> Court: Hon. Dale A. Drozd |

## STIPULATION

The defendant, BRYAN LOVELACE, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Kimberly Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on November 2, 2020, at 9:00 a.m.

2. By this stipulation, the defendant now moves to continue the change of plea hearing until December 7, 2020, and to exclude time between November 2, 2020, and December 7, 2020, under 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv).

3. The parties agree and stipulate, and request the Court find the following:

      a.      The defense and the government have been in communication regarding the change of plea. After such communication, the government has provided a change of plea agreement.

      b.      Defense counsel had mailed the change of plea agreement to the defendant on October 6, 2020. The defendant is in the Fresno County Jail. The defendant never received the change of plea agreement.

      c.      Defense counsel mailed the change of plea agreement again on October 27, 2020.

      d.      The continuance until December 7, 2020, will provide the necessary time for defense counsel and the defendant to review, sign, and mail back the change of plea agreement.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq. within which trial must commence, the time period of October 13, 2020, to November 2, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161 (h)(7)(B)(i)(ii) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate the additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIUPLATED

Dated: October 28, 2020

/s/ Melissa Baloian

**MELISSA BALOIAN**
Attorney for Defendant

Dated: October 28, 2020

/s/ Kimberly A. Sanchez

**KIMBERLEY A. SANCHEZ**
Assistant United States Attorney

---

**ORDER**

IT IS SO ORDERED.

Dated: __**October 28, 2020**__                    _____
                                                                     UNITED STATES DISTRICT JUDGE