HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRYAN LOVELACE

**FILED**

Feb 27, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00001-DAD-BAM |
| Plaintiff, | ORDER FOR RELEASE |
| vs. | Judge: Hon. Barbara A. McAuliffe |
| BRYAN LOVELACE , | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Bryan Lovelace (USM #78807-097, Central Valley Annex Booking #78807097) shall be immediately released from custody.

IT IS SO ORDERED.

Dated:   **February 27, 2025**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE